■ Anna M. Neal, Respondent, v Charles Wright, Appellant. (Appeal No. 2.) [636 NYS2d 681] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Rogowski, J.— Summary Judgment.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.